Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Butler B. Hare* and *Calhoun A. Mays* for petitioner. *Mr. Alva M. Lumpkin* for respondent.

No. 560. FOREST GLEN CREAMERY CO. *v.* COMMISSIONER OF INTERNAL REVENUE. February 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Willis D. Nance* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *F. E. Youngman* for respondent.

No. 569. INTERNATIONAL-GREAT NORTHERN RAILROAD CO. ET AL. *v.* HAWTHORNE. February 13, 1939. Petition for writ of certiorari to the Supreme Court of Texas denied. *Messrs. Robert H. Kelley* and *Roy C. Sewell* for petitioners. *Mr. S. P. Jones* for respondent.

No. 570. VERSER-CLAY CO. ET AL. *v.* SECURITIES & EXCHANGE COMM'N. February 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. John B. Dudley* for petitioners. *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Messrs. Paul A. Freund* and *Chester T. Lane* for respondent.

No. 574. ZERO CHURCH *v.* BRITTON ET AL. February 13, 1939. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Messrs. T. D. Jennings* and *Marion W. Seabrook* for petitioner. *Messrs. John*